IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Darwin Tyrell Kelly, | ) | C/A No.: 5:25-cv-7826-SAL |
| Plaintiff, | ) | |
| v. | ) | |
| Jovanny Jeremiah Quiles, Allstate Fire and Casualty Insurance Company, and Direct General Insurance Company a/k/a National General, an Allstate company, | ) | **NOTICE OF REMOVAL** |
| Defendants. | ) | |

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, ORANGEBURG DIVISION:

Defendant Direct General Insurance Company (hereinafter "DG"), by and through its undersigned counsel, respectfully shows this Court that:

1.   Petitioner, DG, is a Defendant in the above-entitled action. At all times relevant to the Plaintiff's Complain, DG was (and currently is) domiciled in, and a citizen of, the State of Indiana.

2.   Defendant Jovanny Jeremiah Quiles (hereinafter "Defendant Quiles") is an individual, and at all times relevant to the Plaintiff's Complaint, was (and currently is) a citizen and resident of the State of Florida.

3.   Defendant Allstate Fire and Casualty Insurance Company (hereinafter "Defendant Allstate"), upon information and belief, and at all times relevant to the Plaintiff's Complaint, was (and currently is) domiciled in, and a citizen of, the State of Illinois.

4.   Darwin Tyrell Kelly is the Plaintiff in the case, and, upon information and belief, was a citizen and resident of Dorchester County, South Carolina at the time of the accident giving

rise to this action, and was a citizen and resident of Dorchester County, South Carolina at the time this action was filed.

5. Therefore, based on the above information, all of the parties to this action are diverse.

6. On or about June 4, 2025, the above-entitled action was filed in the Orangeburg County Court of Common Pleas as case number 2025-CP-38-00762.

7. Upon information and belief, on or about June 18, 2025, DG was served with the Summons and Complaint in this action through CSC. At this time, the undersigned counsel does not know whether the remaining Defendants have been served, and if so, the date(s) of service. The above-entitled action is a declaratory judgment action involving insurance coverage issues allegedly arising from an automobile collision Plaintiff and Defendant Quiles that took place on or about October 12, 2024, in Orangeburg County, South Carolina.

8. In the Plaintiff's Complaint, the Plaintiff's prayer for relief was left open. However, Plaintiff's Complaint alleges he "has incurred over $500,000 in medical bills due to" the underlying accident. Further, Plaintiff seeks a determination of coverages related to an alleged policy of insurance totaling $100,000. As such, the undersigned counsel for DG believes the Plaintiff's claim, and thus the amount in controversy, exceeds $75,000.

9. The parties to this action are diverse and a verdict in the case may be in excess of $75,000 based upon the information currently known by the undersigned counsel. Therefore, this Court has jurisdiction pursuant to 28 U.S.C. § 1332, and this case is eligible for removal pursuant to 28 U.S.C. § 1441. This Notice of Removal is timely because it is filed within 30 days of service on DG.

10. The undersigned counsel for DG has consulted with counsel for the other Defendants, all of whom have consented to this Notice of Removal and the removal of this action.

11. Copies of all state court pleadings filed with the Orangeburg County Clerk of Court to date are attached as an Exhibit. The Clerk of Court for Orangeburg County, South Carolina, is being provided with a copy of this Notice of Removal via the State of South Carolina E-Filing system upon receipt of the clocked copy of this Notice of Removal, and the undersigned counsel for DG is serving a copy of this Notice on counsel for the Plaintiff contemporaneously with this filing.

WHEREFORE, DG, with the consent of all Defendants in this action through their respective counsel, requests that the above-entitled action be removed from the Orangeburg County Court of Common Pleas to this Court.

                                          Respectfully submitted,

                                          *s/Brandon P. Jones*
                                          Brandon P. Jones, FED ID #10884
                                          Holder, Padgett, Littlejohn + Prickett, LLC
                                          1201 Main Street, Suite 1430
                                          Columbia, SC 29201
                                          Tel: (803) 567-1130
                                          Email: bjones@hplplaw.com
                                          Attorney for Defendant Direct General Insurance Company

Columbia, South Carolina
July 18, 2025