# EXHIBIT A

# STATE COURT DOCUMENTS

ELECTRONICALLY FILED - 2025 Jun 04 1:49 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800762

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF ORANGEBURG<br><br>DARWIN TYRELL KELLY,<br><br>                                    Plaintiff,<br><br>vs.<br><br>JOVANNY JEREMIAH QUILES, ALLSTATE FIRE AND CAUSALTY INSURANCE COMPANY and DIRECT GENERAL INSURANCE COMPANY a/k/a NATIONAL GENERAL, AN ALLSTATE COMPANY,<br><br>                                    Defendants. | IN THE COURT OF COMMON PLEAS FIRST JUDICIAL CIRCUIT<br><br>CASE NO.: 2025-CP-38-_____<br><br>**SUMMONS** |

**TO: THE ABOVE-NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, a copy of which is hereby served upon you herewith, and to serve a copy of your Answer to said Complaint on the subscribers at their offices, <u>BREWER LAW FIRM, LLC</u>, <u>P.O. Box 1847, Mount Pleasant, SC 29465</u>, or to otherwise appear and defend, within thirty (30) days after the service hereof, exclusive of the day of such service. If you fail to answer the Complaint, or otherwise to appear and defend, within the time aforesaid, the Plaintiff in this action will apply to the Court for judgment by default to be rendered against you for the relief demanded in the Complaint.

(Signature Line on the Following Page)

Page 1 of 2

                                                    BREWER LAW FIRM, LLC

                                                    **s/ Barrett R. Brewer**
                                                    _____
                                                    Barrett R. Brewer, Esq.
                                                    Amanda F. Davis, Esq.
                                                    Post Office Box 1847
                                                    510 Mill Street #2B (29464)
                                                    Mount Pleasant, SC 29465
                                                    o: (843) 779-7454
                                                    f: (843) 779-7456
                                                    e: barrett@brewerlawfirmsc.com
                                                    e: amanda@brewerlawfirmsc.com
                                                    Attorneys for the Plaintiff

June 4, 2025
Charleston, South Carolina

ELECTRONICALLY FILED - 2025 Jun 04 1:49 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800762

ELECTRONICALLY FILED - 2025 Jun 04 1:49 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800762

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF ORANGEBURG<br><br>DARWIN TYRELL KELLY,<br><br>         Plaintiff,<br><br>vs.<br><br>JOVANNY JEREMIAH QUILES, ALLSTATE FIRE AND CAUSALTY INSURANCE COMPANY and DIRECT GENERAL INSURANCE COMPANY a/k/a NATIONAL GENERAL, AN ALLSTATE COMPANY,<br><br>         Defendants. | IN THE COURT OF COMMON PLEAS FIRST JUDICIAL CIRCUIT<br><br>CASE NO.: 2025-CP-38-_____<br><br>**PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT** |

**TO: THE ABOVE-NAMED DEFENDANTS:**

  The Plaintiff, complaining of the Defendants above-named, hereby alleges and pleads as follows:

  1. Plaintiff is a resident of the County of Dorchester, South Carolina.

  2. Upon information and belief, Defendant Jovanny Jeremiah Quiles (hereinafter "Quiles") is a resident of Saint Johns, Florida.

  3. Defendant Allstate Fire and Casualty Insurance Company (hereinafter "Allstate"), is a company located in and doing business in the State of South Carolina.

  4. Defendant Direct General Insurance Company a/k/a National General, an Allstate company (hereinafter "Direct General"), is an insurance company located in and doing business in the State of South Carolina.

  5. At all relevant times hereto, the most substantial part of the acts and omissions committed by Defendants giving rise to this action occurred in Orangeburg County, South Carolina.

6. The parties, matters and all things and matters hereinafter alleged are within the jurisdiction of this Court.

7. On October 12, 2024, Plaintiff Darwin Tyrell Kelly (hereinafter "Kelly") was operating his vehicle South Bound on Interstate 95 in or near the town of Bowman, South Carolina.

8. Defendant Quiles was traveling North Bound on Interstate 95 in or near the town of Bowman, South Carolina at speeds at or above 70 mph and, in failing to keep his vehicle on the road, he drove his vehicle off the interstate, across the median, and while driving on the wrong side of the interstate, he collided with the Plaintiff's vehicle causing a collision to the left front driver's side of the Plaintiff's vehicle.

9. The negligent acts of Defendant Quiles caused the vehicles to collide with great force causing serious injury to the Plaintiff.

10. Plaintiff has had to endure several surgeries and has incurred over $500,000 in medical bills due to this horrific collision caused by Quiles.

11. Defendant Quiles owed a duty to Plaintiff to operate the vehicle safely, with reasonable care, and in accordance with all laws concerning the operation of a motor vehicle.

12. Plaintiff's Bodily Injury and Property Damage claims were presented to the At-Fault carrier, Defendant General and to Kelly's own auto insurance carrier, Allstate.

13. The at-fault driver, Defendant Quiles, has a Florida auto insurance policy through the insurance carrier, Defendant Direct General, with No Liability

policy limits and $10,000 in Property Damage policy limits.

14. The at-fault driver Quiles does not have bodily injury/ liability insurance under his Florida auto policy with Direct General and only carries property damage coverage.

15. Defendant Quiles is essentially an Uninsured Driver under the laws of South Carolina because he has no liability/ bodily injury coverage. Allstate communicated to Plaintiff's representative that Quiles was "uninsured."

16. Plaintiff properly submitted a claim under his own Uninsured Policy with Defendant Allstate.

17. On December 11, 2024, Allstate Insurance tendered the full available limits under the uninsured policy ($25,000/50,000 Kelly and $25,000/50,000 to wife) to Plaintiff.

18. On December 17, 2024, Direct General tendered Defendant Quiles' Florida policy up to South Carolina's required minimum limits (25,000/50,000/25,000).

19. Plaintiff has received $100,000 from Allstate and it is being held in the trust account of Plaintiff's attorney. *See*, Exhibit "A."

20. Plaintiff has received $25,000 from the Direct General policy and it is being held in the trust account of Plaintiff's attorney. *See*, Exhibit "B."

**FOR A FIRST CAUSE OF ACTION**
**(Declaratory Judgment)**

21. The foregoing paragraphs of this Complaint are reaffirmed and realleged.

22. The allegations contained above are ripe for judgment by the court

pursuant to SC Code Sec. 15-53-10, the Declaratory Judgment Act.

23. Kelly is entitled to declaratory judgment on the following issues:

a. The at-fault driver, Quiles, was an uninsured driver at the time of the subject collision such that Kelly is entitled to retain the $100,000 paid on (date);

b. Determination that the tender of available Uninsured limits by Allstate to Kelly was proper;

c. A determination of the full rights and remedies available to all parties, under the facts of this case and all monies entitled to be retained by Kelly.

**WHEREFORE**, Kelly prays for Declaratory Judgment relief as set forth above and for any other just and equitable relief as may be deemed appropriate by the trier of fact, including both attorney's fees and reasonable costs under any legal or statutory provisions applicable.

BREWER LAW FIRM, LLC

*/s/ Barrett R. Brewer*

_____
Barrett R. Brewer, Esq.
Amanda F. Davis, Esq.
P.O. Box 1847
510 Mill Street #2B (29464)
Mount Pleasant, SC 29465
o: (843) 779-7454
f: (843) 779-7456
e: barrett@brewerlawfirmsc.com
e: amanda@brewerlawfirmsc.com
Attorneys for the Plaintiff

ELECTRONICALLY FILED - 2025 Jun 04 1:49 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800762

June 4, 2025
Charleston, South Carolina

# Bank of America

Online Banking

## Brewer Law Firm Trust: Account Activity Transaction Details

| | |
|---:|:---|
| **Post date:** | 12/27/2024 |
| **Amount:** | 25,000.00 |
| **Type:** | Deposit |
| **Description:** | BKOFAMERICA MOBILE 12/27 DEPOSIT *MOBILE SC |
| **Merchant name:** | BKOFAMERICA MOBILE DEPOSIT SC |
| **Merchant information:** | *MOBILE,SC |
| **Transaction category:** | Income: Deposits |



ELECTRONICALLY FILED - 2025 Jun 04 3:29 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800762

3
Chat

https://secure.bankofamerica.com/myaccounts/details/deposit/previous-page.go?skip=true&adx=0d026a2d7799dfd762b0b901e3ee501f8cf24e1d550c...    1/1

# Bank of America

Online Banking

**Brewer Law Firm Trust: Account Activity Transaction Details**

| | |
|---:|:---|
| **Post date:** | 12/27/2024 |
| **Amount:** | 100,000.00 |
| **Type:** | Deposit |
| **Description:** | Counter Credit |
| **Merchant name:** | Counter Credit |
| **Merchant information:** | |
| **Transaction category:** | Income: Deposits |



ELECTRONICALLY FILED - 2025 Jun 04 3:29 PM - ORANGEBURG - COMMON PLEAS - CASE#2025CP3800762

https://secure.bankofamerica.com/myaccounts/details/deposit/previous-page.go?skip=true&adx=0d026a2d7799dfd762b0b901e3ee501f8cf24e1d550c...    1/1